**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

__Laura Suber__             ,

        **Plaintiff,**

                                             **Civil Action  2:23-cv-02989**
      **v.**                                   **Judge Michael H. Watson**
                                             **Magistrate Judge Chelsey M. Vascura**

__City of Columbus, et al.__    ,

        **Defendant.**

**RULE 26(f) REPORT**

      Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on 01-18-24 and was attended by:

__Jennifer L. Knight__                , counsel for plaintiff(s) __Laura Suber__           ,

_____, counsel for plaintiff(s)_____,

__Catherine F. Burgett__              , counsel for defendant(s) __Richard Wozniak__        ,

__Janica Pierce Tucker__              , counsel for defendant(s) __City of Columbus,__
    __Mayor Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Courtney McHenry,__
    __Chief of Police Elaine Bryant, and LaShanna Potts.__

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.    CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes    _X_ No

2.    INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

_X_ Yes      _____No     _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by __02-16-24__.

3. <u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

\_\_\_\_\_Yes    \_X\_No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4. <u>PARTIES AND PLEADINGS</u>

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by_____.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by_____.

5. <u>MOTIONS</u>

   a. Are there any pending motion(s)?

      \_\_\_\_\_Yes    \_X\_ No

      If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

      \_\_\_\_\_Yes    \_X\_ No

      If yes, identify the proposed expedited schedule:

      Opposition to be filed by_____; Reply brief to be filed by_____.

6. <u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

This is a case filed by Plaintiff, a police sergeant with the Columbus Division of Police, against the named city officials, city employees and the investigator alleging discrimination and retaliation based on gender. Plaintiff alleges retaliation after engaging in alleged protected activity based on their participation in the investigation. Plaintiff is seeking compensatory damages, punitive damages, declaratory and injunctive relief, and reasonable attorneys' fees and costs.

7. DISCOVERY PROCEDURES

   a. The parties agree that all discovery shall be completed by 09-03-24 . The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

   b. Do the parties anticipate the production of ESI?  X  Yes          No

   If yes, describe the protocol for such production:  We will adhere to the court's ESI discovery protocol.

   c. Do the parties intend to seek a protective order or clawback agreement?  Yes, but limited since the Defendants work for a public entity.

   If yes, such order or agreement shall be produced to the Court by  03-01-24 .

8. DISPOSITIVE MOTIONS

   a. Any dispositive motions shall be filed by   10-18-24  .

   b. Are the parties requesting expedited briefing on dispositive motions?

      ___Yes      X  No

   If yes, identify the proposed expedited schedule:

   Opposition to be filed by 11-06-24  ; Reply brief to be filed by  12-06-24 .

9. EXPERT TESTIMONY

   a. Primary expert reports must be produced by   12-06-24  .

   b. Rebuttal expert reports must be produced by   01-07-25  .

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by   11-01-24  .  Defendant will respond by   11-15-24  . The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.  The parties request the following month and year:
                            December 2024

3

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

  X   Yes, the parties would like a conference with the Court prior to it issuing a scheduling order.   The parties request that the conference take place _____ in chambers   X   by telephone.

_____ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration:


Signatures:

Attorney for Plaintiff(s):                                   Attorney for Defendant(s):


*/s/ Jennifer L. Knight*                                      */s/ Janica Pierce Tucker*
Jennifer L. Knight (0095480)                         Janica Pierce Tucker (0075074)
Zachary Gottesman (0058675)                       Leigh B. Joyce (0099821)
Robb S. Stokar (0091330)

*Attorneys for Plaintiff Laura Suber*                *Attorneys for Defendants City of Columbus, Mayor Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Courtney McHenry, Chief of Police Elaine Bryant, and LaShanna Potts*

                                                                       */s/ Catherine F. Burgett*
                                                                       Catherine F. Burgett (0082700)
                                                                       Jesse J. Shamp (0097642)

                                                                       *Attorneys for Defendant Richard Wozniak*


Date:   February 12, 2024