**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:21-cv-5915 | 2:23-cv-2238 | 2:23-cv-3174 |
| 2:22-cv-1872 | 2:23-cv-2243 | 2:23-cv-3341 |
| 2:22-cv-3795 | 2:23-cv-2426 | 2:23-cv-3350 |
| 2:22-cv-3972 | 2:23-cv-2567 | 2:23-cv-3404 |
| 2:22-cv-4280 | 2:23-cv-2618 | 2:23-cv-3446 |
| 2:22-cv-4389 | 2:23-cv-2694 | 2:23-cv-3495 |
| 2:23-cv-0769 | 2:23-cv-2779 | 2:23-cv-3566 |
| 2:23-cv-1006 | 2:23-cv-2791 | 2:23-cv-4186 |
| 2:23-cv-1448 | 2:23-cv-2798 | 2:23-cv-4230 |
| 2:23-cv-1474 | 2:23-cv-2860 | 2:24-cv-0087 |
| 2:23-cv-1510 | 2:23-cv-2926 | 2:24-cv-0581 |
| 2:23-cv-1712 | 2:23-cv-2967 | |
| 2:23-cv-1781 | 2:23-cv-2970 | |
| 2:23-cv-1822 | 2:23-cv-2983 | |
| 2:23-cv-1839 | 2:23-cv-2989 | |
| 2:23-cv-2141 | 2:23-cv-2997 | |
| 2:23-cv-2158 | 2:23-cv-2999 | |
| 2:23-cv-2199 | 2:23-cv-3159 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **June 2024**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on April 29, 2024** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio