IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Laura Suber, | ) CASE NO. 2:23-CV-02989 |
| Plaintiff, | ) JUDGE MICHAEL H. WATSON |
| v. | ) MAGISTRATE JUDGE CHELSEY M. VASCURA |
| City of Columbus, et al., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS CO-COUNSEL OF DEFENDANTS CITY OF COLUMBUS, MAYOR ANDREW GINTHER, ROBERT CLARK, NED PETTUS, DOUGLAS SARFF, COURTNEY MCHENRY, CHIEF OF POLICE ELAINE BRYANT, AND LASHANNA POTTS

Pursuant to Local Rule 83.4(b), Leigh B. Joyce hereby requests leave of this Honorable Court to withdraw as co-counsel for Defendants City of Columbus, Mayor Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Courtney McHenry, Chief of Police Elaine Bryant, and Lashanna Potts ("Defendants"). Ms. Joyce is leaving the law firm of Taft Stettinius & Hollister, LLP. Written notice of Ms. Joyce's intention to withdraw as counsel has been provided to Defendants.

Janica Pierce Tucker of Taft Stettinius & Hollister, LLP will continue to represent Defendants in the above-captioned matter. Accordingly, all future correspondence, pleadings, motions, discovery, and documents to be served upon counsel for Defendants should be directed to Janica Pierce Tucker.

Respectfully submitted,

*/s/ Leigh B. Joyce*
Janica Pierce Tucker (0075074)
Leigh B. Joyce (0099821)
Taft Stettinius & Hollister LLP

                                    41 S. High Street, Suite 1800
                                    Columbus, OH  43215
                                    Telephone:  614-221-2838
                                    Facsimile:   614-221-2007
                                    jpierce@taftlaw.com
                                    ljoyce@taftlaw.com

*Attorneys for Defendants*

133150127v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served through the Court's CM/ECF system this 23rd day of May, 2024 on the following:

Jennifer L. Knight (0095480)
Zachary Gottesman (0058675)
Gottesman & Associates
404 East 12th Street
Cincinnati, OH  45202
Telephone:  513-651-2121
Facsimile:   513-568-0655
jknight6291@yahoo.com
zg@zgottesmanlaw.com

Robb S. Stokar (0091330)
Stokar Law, LLC
404 East 12th Street, First Floor
Cincinnati, OH  45202
Telephone:  513-500-8511
rss@stokarlaw.com

*Attorneys for Plaintiff Laura A. Suber*


Catherine F. Burgett (0082700)
Jesse J. Shamp (0097642)
FROST BROWN TODD
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: (614) 464-1211
Facsimile: (614) 464-1737
cburgett@fbtlaw.com
jshamp@fbtlaw.com

*Attorneys for Defendant Richard Wozniak*

>                    */s/ Leigh B. Joyce*
>                    Leigh B. Joyce

133150127v1