# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LAURA SUBER,**

    **Plaintiff,**

v.                                         **Civil Action 2:23:CV-02989**
                                                Judge Michael H. Watson

**CITY OF COLUMBUS, et al.,**        Magistrate Judge Chelsey Vascura

    **Defendants.**

:

## NOTICE CONTINUING MEDIATION & SETTING CONFERENCE CALL

    Mediation was originally scheduled for Thursday, October 16, 2024. Due to circumstances related to the City of Columbus's data breach incident, discovery has been delayed, making mediation on that date impractical.

    The parties and the mediator will meet via Zoom for the purposes of ascertaining the status of discovery and setting a mediation date. The Zoom meeting shall be November 5, 2024, at 11:00 a.m. E.T. Counsel for the parties have each agreed to the foregoing date.

    /s/ Bridgette C. Roman

    **Bridgette C. Roman (0040888)**
    Mediator