IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Laura Suber, | ) |
|     Plaintiff, | ) ) ) CASE NO. 2:23-CV-02989 |
| v. | ) ) JUDGE MICHAEL H. WATSON |
| City of Columbus, et al., | ) ) MAGISTRATE JUDGE ) CHELSEY M. VASCURA |
|     Defendants. | ) ) |

**JOINT MOTION TO EXTEND CASE SCHEDULE**

Counsel for Plaintiff Laura Suber ("Plaintiff"), counsel for Defendants City of Columbus, Mayor Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Courtney McHenry, Chief of Police Elaine Bryant and Lashanna Potts, and counsel for Defendant Richard Wozniak (collectively the "Defendants" and together with Plaintiff, the "Parties") respectfully move the Court for an additional extension of sixty (60) days for the fact discovery deadline and dispositive motion deadline outlined in the Notation Order [Doc.# 28].

Due to the cyber incident that affected the City of Columbus, it took longer than anticipated for Defendants to gather discovery documents. Although the Parties have now exchanged discovery, an additional extension of time is necessary to conduct depositions. At present, there are at least five (5) depositions that need to be scheduled in this matter. Despite the Parties' best efforts, these depositions cannot be completed by the current discovery deadline due to scheduling conflicts. An extension is also beneficial because mediation is now scheduled for February 27, 2025.

Therefore, the Parties jointly request the following extensions under the current Case Schedule:

1. Fact discovery deadline moved from March 3, 2025 to May 2, 2025.

2. Case dispositive motions moved from March 18, 2025 to May 19, 2025. Opposition briefs to be filed by June 9, 2025, and reply briefs to be filed by June 23, 2025.

Respectfully submitted,


*s/ Jennifer L. Knight*
Jennifer L. Knight (0095480)
Zachary Gottesman (0058675)
Gottesman & Associates
404 East 12th Street
Cincinnati, OH  45202
Telephone:  513-651-2121
Facsimile:   513-568-0655
jknight6291@yahoo.com
zg@zgottesmanlaw.com

Robb S. Stokar (0091330)
Stokar Law, LLC
404 East 12th Street, First Floor
Cincinnati, OH  45202
Telephone:  513-500-8511
rss@stokarlaw.com

*Attorneys for Plaintiff Laura A. Suber*

*s/ Janica Pierce Tucker*
Janica Pierce Tucker, Trial Counsel (0075074)
Lauren A. Kemp  (0093436)
Taft Stettinius & Hollister LLP
41 S. High Street, Suite 1800
Columbus, OH  43215
Telephone:  614-221-2838
Facsimile:   614-221-2007
lkemp@taftlaw.com
jpierce@taftlaw.com

*Attorneys for Defendants*
*City of Columbus, Mayor Andrew Ginther,*
*Robert Clark, Ned Pettus, Douglas Sarff,*
*Courtney McHenry, Chief of Police Elaine*
*Bryant and Lashanna Potts*

*s/ Jesse J. Shamp*
Catherine F. Burgett (0082700)
Jesse J. Shamp (0097642)
FROST BROWN TODD
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: (614) 464-1211
Facsimile: (614) 464-1737
cburgett@fbtlaw.com
jshamp@fbtlaw.com

*Attorneys for Defendant Richard Wozniak*

171119192v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served through the Court's CM/ECF system 13th day of February, 2025 on the following:

Jennifer L. Knight (0095480)
Zachary Gottesman (0058675)
Gottesman & Associates
404 East 12th Street
Cincinnati, OH  45202
Telephone:  513-651-2121
Facsimile:   513-568-0655
jknight6291@yahoo.com
zg@zgottesmanlaw.com

Robb S. Stokar (0091330)
Stokar Law, LLC
404 East 12th Street, First Floor
Cincinnati, OH  45202
Telephone:  513-500-8511
rss@stokarlaw.com

*Attorneys for Plaintiff Laura A. Suber*

Catherine F. Burgett (0082700)
Jesse J. Shamp (0097642)
FROST BROWN TODD
10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: (614) 464-1211
Facsimile: (614) 464-1737
cburgett@fbtlaw.com
jshamp@fbtlaw.com

*Attorneys for Defendant Richard Wozniak*

                                          *s/ Janica Pierce Tucker*
                                          Janica Pierce Tucker

171119192v1