**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LAURA SUBER,**

    **Plaintiff,**

**v.**                                              **Civil Action 2:23:CV-02989**
                                                      Judge Michael H. Watson
**CITY OF COLUMBUS, et al.,**        Magistrate Judge Chelsey Vascura

    **Defendants.**
:

### NOTICE SETTING MEDIATION

    Mediation was originally scheduled for Thursday, October 16, 2024. Due to circumstances related to the City of Columbus's data breach incident, discovery has been delayed, making mediation on that date impractical. The mediation has been rescheduled by agreement of all parties and their counsel for Thursday, February 27, 2024, at 11:00 a.m. ET, by way of a Zoom Video Conference. The Zoom login and password has been provided to all counsel.

    Counsel for each party shall submit an informal, brief, and confidential mediation statement to the Mediator by email no later than 12:00 p,m. ET on February 26, 2024.

                                                       /s/ Bridgette C. Roman_____

                                                       **Bridgette C. Roman (0040888)**
                                                       Mediator